+

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                        )
                                        )
                                        )
L SLATER                                )
          Plaintiff(s),                 )
                                        )
v.                                      )          Civil Action No. 26-12195-JEK
                                        )
                                        )
ANTONE MONIZ, MARKWAYNE MULLIN          )
TODD LYONS, TODD BLANCHE, and           )
PATRICIA H HYDE                         )
          Defendant(s).                 )
_____)

## JUDGMENT

**KOBICK, D.J.**

☐    Jury Verdict. This action came before the court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☒    Decision by the Court: In accordance with the Court's Memorandum & Order dated May 21, 2026, [ECF 8], granting the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241;

**IT IS ORDERED AND ADJUDGED:**

Judgment for the Petitioner L. Slater.

Dated: May 26, 2026

                                        /s/ Haley Currie

                                        Deputy Clerk